RECEIVED
IN MONROE, LA
JUL 13 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| GLEN DALE NELSON | CIVIL ACTION NO. 09-0623 |
| VERSUS | JUDGE ROBERT G. JUDGE JAMES |
| GEARY S. AYCOCK, ET AL. | MAG. JUDGE KAREN L. HAYES |

JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 10] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Glen Dale Nelson's civil rights complaint, insofar as it seeks dismissal of the pending State charges and his release from custody be construed as a petition for *habeas corpus*, which is DISMISSED WITHOUT PREJUDICE for failure to exhaust available State court remedies.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint, insofar as it alleges false arrest and imprisonment, is DISMISSED WITH PREJUDICE (to those claims being asserted again until the *Heck v. Humphrey* conditions are met) as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the remainder of Plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE as frivolous, for failing to state a claim for which relief may be granted, and for seeking monetary relief against defendants who are immune from such relief pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

MONROE, LOUISIANA, this 13 day of July, 2009.

*[signature: Robert G. James]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE